**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1916**

———————

DAVID W. NOBLE, JR.,

Plaintiff - Appellant,

versus

UNITED STATES POSTAL SERVICE; NATIONAL ASSO-
CIATION OF LETTER CARRIERS, AFL-CIO; NATIONAL
ASSOCIATION OF LETTER CARRIERS, AFL-CIO,
Branch 142,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frank A. Kaufman, Senior District Judge.
(CA-95-2616-K, CA-96-2398-K)

———————

Submitted:  September 30, 1998      Decided:  October 13, 1998

———————

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

David W. Noble, Jr., Appellant Pro Se.  Perry F. Sekus, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland; Brian Michael
Reimer, UNITED STATES POSTAL SERVICE, Washington, D.C.; Susan
Judith Panepento, Bruce H. Simon, COHEN, WEISS & SIMON, New York,
New York, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David W. Noble, Jr. appeals the district court's order entering summary judgment in his civil action against his employer, the United States Postal Service, for breach of the employer's collective bargaining agreement with the union, and against his union, for breach of its duty of fair representation of employees. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Noble v. United States Postal Service, Nos. CA-95-2616-K; CA-96-2398-K (D. Md. July 14, 1997). Further, we deny Noble's motions to supplement the record on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED